2020R00270

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
Criminal No. 20-mj-668 TNL

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **FILED UNDER SEAL PURSUANT TO ORDER** |
| MICHEAL ROBERT SOLOMAN, and BENJAMIN RYAN TEETER, | **MOTION TO SEAL** |
| Defendants. | |

The United States of America, by its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Andrew R. Winter, Assistant United States Attorney, respectfully submits this motion to file the Complaint and accompanying Affidavit of Special Agent Thomas E. Wilberg under seal.

The United States seeks to seal the Complaint and affidavit because the defendants Micheal Robert Soloman and Benjamin Ryan Teeter are not yet in federal custody and the FBI is continuing to investigate active leads concerning the defendants' ties to others. Accordingly, clear and convincing reasons to seal the affidavit exist because the premature disclosure of this investigation will jeopardize the FBI's efforts to pursue active leads in this investigation and the ongoing investigation.

Dated: September 3, 2020

Respectfully submitted,

ERICA H. MACDONALD
United States Attorney

*s/Andrew R. Winter*

BY:   ANDREW R. WINTER
      Assistant U.S. Attorney