UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Criminal No. 20-mj-668 TNL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ROBERT SOLOMON and
BENJAMIN RYAN TEETER,

    Defendant.

**FILED UNDER SEAL PURSUANT TO ORDER**

**ORDER TO SEAL**

This United States has submitted a request that the Court seal the Complaint and accompanying affidavit in the above-referenced case until further order of the Court. The Court determines that good cause exists to allow the request.

Accordingly, IT IS HEREBY ORDERED that the Government's motion to seal is GRANTED.

Dated: September 3, 2020

_____
The Honorable Tony N. Leung
United States Magistrate Judge