IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Tony N. Leung |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 20-mj-668 TNL |
| | ) | Date: September 4, 2020 |
| Michael Robert Solomon(1), | ) | Video Conference |
| | ) | Time Commenced: 1:32 p.m. |
| Defendant, | ) | Time Concluded: 1:45 p.m. |
| | | Time in Court: 13 minutes |

APPEARANCES:

Plaintiff: Timothy Rank, Andrew Winter, Assistant U.S. Attorney
Defendant: Doug Olson, Assistant Federal Public Defender
        X FPD        X To be appointed

Date Charges Filed: 9/3/2020    Offense: conspiracy to provide material support to a designated foreign terrorist organization

    X Advised of Rights

on    X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is September 9, 2020 at 2:00 p.m. via video conference before U.S. Magistrate Judge Elizabeth Cowan Wright for:
    X Detention hrg    X Preliminary hrg

X Government moves to unseal the entire case.    X Granted

Additional Information:
X Defendant consents to this hearing via video conference.

                                                        s/JAM
                                             Signature of Courtroom Deputy