# PAUL ENGH       (612) 252-1100

**LAWYER**

SUITE 260
650 THIRD AVENUE SOUTH
MINNEAPOLIS, MN 55402
FAX: (612) 339-7851

September 9, 2020

Magistrate Judge Elizabeth Cowan Wright
United States Courthouse
316 North Robert Street
St. Paul, MN 55101

RE: <u>United States v. Michael Robert Solomon</u>, 20-668M-001

Dear Magistrate Judge Wright,

This will confirm the defense request, made with the consent of my client, Michael Robert Solomon, to continue today's probable cause and detention hearing until Tuesday, September 15, 2020. The reasons for this request include your undersigned's need for additional time to consult with Mr. Solomon, who is incarcerated and cannot be personally seen save by Zoom. We have had one conference, and another is necessary. Moreover, the affidavit in support of the Government's complaint is factually and legally complex, and the additional time is necessary in order for the defense to adequately address the allegations. <u>See</u> 18 U.S.C. (f)(2)(B).

                                                    Sincerely yours,

                                                    /s/ Paul Engh

                                                    Paul Engh

PE/cm
cc: Drew Winter, AUSA
    Michael Robert Solomon